```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3115 |
| v. ) | |
| ) | |
| RAMON RODRIGUEZ MARQUEZ, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

Defendant has filed a motion for release to reside in Denver, Colorado. The proposal says the defendant can get a construction job and offers to post a $5,000 appearance and compliance bond. In addition, the motion notes that the defendant has no criminal record.

According to the pretrial services report, defendant is in this country illegally, and therefore, he cannot work in this country legally. Although the motion says he has extended family in the Denver area, the pretrial services report says his immediate family, parents and three siblings, all reside in Mexico. In addition, he has been living with an uncle prior to arrest, but he has not been in this country for any substantial length of time so as to establish any substantial ties to the community of Denver.

IT THEREFORE HEREBY IS ORDERED,

The motion for release, filing 13, is denied.

DATED this 12th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge